Filed on 2/23/2015 12:25:52 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 12:33:49 PM
CHRISTOPHER A. PRINE
Clerk

February 23, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1056379
Trial Court Number: One (1)

**Style:**

| | | |
|---|---|---|
| KATHY SHAW | VS. | JUANITA CESAR WORRELL |
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** DEBRA IBARRA MAYFIELD

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Kathy Shaw, Pro Se | Marcellous S. McZeal, No. 00798368 |
| 11645 Eaglewood Drive | 700 Louisiana Street, 48th Floor |
| Houston, Texas 77087 | Houston, Texas 77002 |
| Phone: (832) 890-7161 | Phone: (713) 255-3234 |
| Fax: N/A | Fax: (713) 783-2502 |
| E-Mail: N/A | E-Mail: N/A |

Kathy Shaw, appellant, filed a Notice of Appeal on February 19, 2015 from the Final Judgment that was signed on January 12, 2015.

The Clerk's Record is due to your office on or before March 13, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

CASE NO. 1056379

COURT NO. 1

PLAINTIFF: Juanita Cesar Worrell

VS.

DEFENDANT: Kathy Shaw

~~ANSWER~~ notice of appeal

This is a written request to file a formal notice of appeal in the Appellant Court. payment of the Supercedeas Bond was received and notice of appeal on 2/12/15 the amount of Supercedeas was $716.00

DATE: 2-12-15

SIGNATURE: Kathy Shaw

PRINT NAME: Kathey Shaw

ADDRESS: 11645 Englewood de Houston Tx 77083
(STREET)        (CITY)    (STATE)    (ZIP)

PHONE (832) 890-7161

Form No. H-01-60 (Rev. 01/01/2011)

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

FILED 2015 FEB 19 AM 10:51

2

"CLOSED"

Surety

CAUSE NO. _105637 9_

Ju Aut fw Cesar Worrell
PLAINTIFF

Vs.

Kathy Shaw
DEFENDANT

IN THE COUNTY CIVIL

COURT AT LAW # ONE

OF HARRIS COUNTY,

TEXAS

# JUDGMENT

On the 12 day of January, 2015 in the above entitled and numbered cause, came Plaintiff and announced ready for trial. Defendant,

___ also appeared and announced ready for trial.

___ having been duly notified of this trial setting, failed to appear.

No jury fee having been paid, the parties proceeded to trial without the intervention of a jury. The Court, after considering the pleadings, evidence and arguments of the parties, is of the opinion that Defendants are guilty of forcible detainer of the hereinafter described premises and that Plaintiff, have and recover from Defendant as follows,

ORDERED, ADJUDGED, AND DECREED that Plaintiff Juanita C Worrell

_____ does have and recover possession of the premises from Defendant

Kathy Shaw _____ located at 11645

England Drive , Houston , Harris County, Texas
(address)                        (city)

77039 ; that a Writ of Possession issue to the proper officer commanding him to
(zip)

**3**

seize possession of said premises and deliver same to Plaintiff after said Writ of

Possession has been duly filed by Plaintiff if Defendants have not vacated the

herein described premises by _____ JAN. 31, 2015 _____.
(date)

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff does have

recover from Defendant in the amount of $ _____, together with post-judgment

interest at the rate of 5% per annum from the date of judgment until paid in full.

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff does have

Judgment against sureties _____ and _____

jointly and severally for an amount not to exceed $ _____.

The supersedeas bond to stay execution of this Judgment is hereby set at

$ __10,000__. **Said bond to be either cash or corporate surety bond.**

The Clerk of the Court if hereby ORDERED to issue all writs and processes,

including but not limited to Writs of Execution, in aid of satisfaction of this judgment.

This is a Final Judgment disposing of **ALL** issues and **ALL** parties, and **ALL**

prior interlocutory Orders of the Court in this cause are hereby made Final.

SIGNED THIS 12 DAY OF _January_, 20 15.

_____
JUDGE PRESIDING

I hereby certify that the last known address of Defendant is:

Defendant's Name: _Kathy Shaw_

Address: _11645 Eastwood Drive_

City, State, Zip: _Houston, TX. 77639_

FILED
2015 JAN 12 AM 11:35
COUNTY CLERK
HARRIS COUNTY, TEXAS

_____  By her Atty.

Plaintiff's Signature

_____  Juanita C. Worrell

Plaintiff's Name

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.